IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00095 |
| | ) | Judge Trauger |
| | ) | |
| ANTWAIN FRIERSON | ) | |

**O R D E R**

It is hereby **ORDERED** that this case is set for a change of plea hearing on Monday, July 1, 2013, at 2:30 p.m.

It is so **ORDERED**.

ENTER this 20th day of June 2013.

_____
ALETA A. TRAUGER
U.S. District Judge